SAMUEL VEAL *v.* COMMISSIONER OF CORRECTION

The petitioner Samuel Veal's petition for certification for appeal from the Appellate Court, 54 Conn. App. 384 (AC 18367), is denied.

BERDON, J., dissenting. I would grant the petitioner Samuel Veal's petition for certification to appeal.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*David B. Rozwaski*, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided September 29, 1999